■ WILLIAM MOORE, Respondent v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellant.— In an action for a declaration that, *inter alia,* defendant is required, pursuant to its insurance contract with plaintiff's employer, S & W Sales Co., Inc., to provide a defense for him in an action commenced by one August Becker, defendant appeals from a judgment of the Supreme Court, Queens County, dated September 11, 1967 and made after a nonjury trial, in favor of plaintiff. Judgment reversed, on the law and the facts, with costs, and it is adjudged that defendant is under no duty to provide plaintiff with a defense, or to pay any judgment against him, in the action commenced by Becker (*Bundschu* v. *Travelers Ins. Co.,* 22 A D 2d 907). The question of whether Cosmopolitan Mutual Insurance Company must continue its defense of the present plaintiff in the Becker action is not now before us. However, if it were, we would hold on this record that Cosmopolitan is obligated to continue to defend him in that action and to pay any judgment therein recovered against him, up to the limit of the coverage in its policy. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GROVER JAMES DOYLE, Appellant.— Judgment of the County Court, Westchester County, rendered May 20, 1964, modified by directing that the sentence imposed is to be served concurrently, instead of consecutively, with a certain Connecticut sentence. As so modified, judgment affirmed. Respondent, in its brief, has consented to such modification. Order of the same court, dated July 27, 1967, denying, after a hearing, appellant's application for *coram nobis* relief, affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FRANCIOTTI, Appellant.— In a *coram nobis* proceeding, order of the Supreme Court, Queens County, dated April 5, 1967, which denied the application, without a hearing, affirmed. No opinion. Beldock, P. J., Christ and Munder, JJ., concur; Rabin and Benjamin, JJ., dissent and vote to reverse the order and to remit the proceeding to the court below for a hearing, upon the ground that the allegations of defendant's petition raise issues of fact which entitle him to a hearing on the merits (see *People* v. *Weldon,* 17 N Y 2d 814; *People* v. *Picciotti,* 4 N Y 2d 340).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY HODNETT, Appellant.— Judgment of the Supreme Court, Kings County, rendered September 27, 1966, affirmed. No opinion. Two orders of said court dated December 6, 1965 and February 18, 1966, respectively, have been reviewed on the appeal from the judgment. Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.